**UNITED STATES DISTRICT COURT FOR**
**THE NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

AMANDA HUTCHINSON,

      Plaintiff,

v.                                 Case No. 3:09cv308/MCR/EMT

FORSTER AND HOWELL, INC.,

      Defendant.
_____/

**O R D E R**

      Pending is Defendant's motion to dismiss.  (Doc. 12).  On consideration of the issues raised in light of the controlling case law the court grants, in part, and denies, in part, defendant's motion.  It is GRANTED to the extent plaintiff's claims in Counts IV and VI are dismissed without prejudice to being refiled as follows:

> Count IV - plaintiff must plead some facts showing in what manner Walter Floyd was "unfit" such that defendant should have been on notice of his "unfitness" and propensity to engage in sexual misconduct;

> Count VI - plaintiff must plead some facts showing how defendant knew or should have known that its premises were not reasonably safe from a sexual assault and battery.

Such allegations are necessary to bring these claims above the speculative level.  See *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544 (2007).

      The motion is DENIED in all other respects.  Defendant may raise the same issues again on summary judgment after the factual record has been fully developed.

      **DONE AND ORDERED** this 4th day of November, 2009.

*s/ M. Casey Rodgers*

**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**